SHAFFY MOEEL, ESQ.
Cal State SBN 238732
MOEEL LAW OFFICE
214 Duboce Ave.
San Francisco, CA 94103
Telephone: (415) 735-5021
Facsimile: (415) 255-8631
Email: shaffymoeel@gmail.com

Attorney for Defendant
PAUL SLOANE DAVIS

FILED

DEC 3 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL SLOANE DAVIS,<br><br>Defendant. | CASE NO. CR 13-0720 CRB<br><br>STIPULATON MOVING MR. DAVIS' SELF-SURRENDER DATE |

IT IS HEREBY STIPULATED by and between plaintiff United States of America, through counsel, BENJAMIN KINGSLEY and defendant PAUL SLOANE DAVIS through counsel, SHAFFY MOEEL, that Mr. Davis's self-surrender date be changed from December 4, 2015 to December 16, 2015.

This Court sentenced Mr. Davis on October 6, 2015 to a custodial sentence of 36 months. The Court ordered Mr. Davis to self-surrender to either the custody of the U.S. Marshals or his designated Bureau of Prisons facility by December 4, 2015. Mr. Davis was recently designated to

FPC Duluth. The Bureau of Prisons has notified AUSA Benjamin Kingsley that the BOP can use more time to process Mr. Davis's medical history. For these reasons, the parties request and stipulate that Mr. Davis self-surrender to either the U.S. Marshals or his designated BOP facility be changed from December 4, 2015 to December 16, 2015.

A proposed Order is attached.

**IT IS SO STIPULATED.**

Dated: November 30, 2015              Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                      By: /s/ *Benjamin Kingsley*

                                      _____
                                      BENJAMIN KINGSLEY
                                      Assistant United States Attorney

                                      By: /s/ *Shaffy Moeel*

                                      _____
                                      SHAFFY MOEEL
                                      Attorneys for Mr. Paul Sloane Davis

Good cause having been shown, the Court moves Mr. Davis's self-surrender date from December 4, 2015, to December 16, 2015.

**IT IS SO ORDERED.**

Dated: 12-3-2015                      _____
                                      For HONORABLE CHARLES R. BREYER
                                      District Judge, United States District Court